# Exhibit D

# State of California, County of San Francisco, SEARCH WARRANT and AFFIDAVIT
## (AFFIDAVIT)

I, **Sgt. Alicia Castillo #1999**, swear under oath and penalty of perjury that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____ #1999
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☐ YES ☒ NO

### (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER OR PEACE OFFICER IN THE COUNTY OF SAN FRANCISCO**; proof by affidavit, under penalty of perjury, having been made before me by **Sgt. Alicia Castillo #1999**, that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by ""(s), in that:

☐ it was stolen or embezzled – [1524(a)(1) PC];

☒ it was used as the means of committing a felony – [1524(a)(2) PC];

☒ it is possessed by a person with the intent to use it as a means of committing a public offense or it is possessed by another to whom he or she may have delivered it to for the purpose of concealing it or preventing its discovery – [1524(a)(3) PC];

☒ it tends to show that a felony has been committed or that a particular person has committed a felony – [1524(a)(4) PC];

☒ it tends to show that sexual exploitation of a child, in violation of PC Section 311.3, of possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of section 311.11, has occurred or is occurring – [1524(a)(5) PC];

☐ an arrest warrant is outstanding for the person to be seized – [1524(a)(6) PC]

☐ a Child Protective Custody Warrant is outstanding for the person to be seized - [1524(a)(6) PC and Family Code 3134.5];

☒ a provider of "electronic communication service" or "remote computing service", as defined in Penal code Section 1524.2(a) (including "California corporations" defined as any corporation or other entity that is subject to Section 102 of the Corporations Code and "Foreign corporations" defined as any corporation that is qualified to do business in this state pursuant to Section 2105 of the Corporations Code), has records or evidence regarding a subscriber or customer which (1) is of a type specified in Penal Code Section 1524.3 (i.e. the subscriber/customer's name, address, telephone number or other subscriber number or identity; the types of services the subscriber/customer utilized; the length of time the person has been a subscriber/customer of that service; and the local and long distance telephone toll billing records); and (2) which records or evidence shows that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery – [1524(a)(7) PC];

**You are therefore COMMANDED to SEARCH:**

AT&T Wireless
Attn: Subpoena Compliance Center
11760 US Highway 1, Ste. 600
North Palm Beach FL 22408
(877)971-6093
attmobility.ncc@att.com

THE ANNEXED INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN MY OFFICE
ATTEST' CERTIFIED

JAN -3 2018

CLERK OF THE COURT
San Francisco County Superior Court
BY _____ DEPUTY CLERK

**For the FOLLOWING PROPERTY or PERSON(s):**

All account information, email addresses, passwords, subscriber information, and methods of payment associated with phone number ▇▇▇▇▇▇▇▇▇▇.

**CHILD EXPLOITATION; POTENTIAL HARM**

All information obtained through the execution of the warrant that is unrelated to the objective of the warrant shall be sealed and not subject to further review, use, or disclosure without a court order.

Compliance may be made by email to: ███████████████. Email is requested because it tends to be more legible than facsimile. If needed, a contact telephone number is ███████, or facsimile (415)734-3086.

**AND TO SEIZE AND EXAMINE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this *21st* day of *Dec.*, 2017 at *1:58* A.M. /(P.M.). Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____
(Signature of Magistrate)

HOBBS SEALING APPROVED: ☐ YES  ☒ NO
NIGHT SEARCH APPROVED: ☐ YES  ☒ NO

Judge of the Superior Court of California, County of San Francisco, **Superior** Dept # *306*


*It is further ordered that AT&T Wireless not notify any person (including the subscriber, customer or owner of the electronic communication or device information to which the materials relate) of the existence of this warrant or this Order of the Court or the existence of the investigation for ninety days unless otherwise directed by the Court.*

_____
(Signature of Magistrate)

Judge of the Superior Court of California, County of San Francisco, **Superior** Dept # *306*

## STATEMENT OF PROBABLE CAUSE

My name is Alicia Castillo. I am currently employed as a police officer in and for the City and County of San Francisco, California. I have been so employed for over 15 years. I am currently assigned to the Investigations Bureau as an Inspector in the Special Victims Unit. My previous assignments include Inspector / Sergeant for the Park, Tenderloin and Mission Station Investigative Teams.

In my current assignment, my primary responsibility is to investigate allegations of child physical and sexual abuse and internet crimes against children. In connection with my duties and responsibilities as a law enforcement officer, I have also testified in state and federal judicial proceedings.

During my career, I have investigated and/or have been involved in the investigation of over a hundred domestic violence and child abuse cases. I have conducted interviews of victims and witnesses of domestic violence, sexual assault and child abuse.

I have received formal training at the San Francisco Police Academy in, and am familiar with, the investigation, processing of evidence, and identification techniques associated with domestic violence, sexual assault, and child physical and sexual abuse. In addition to the San Francisco Police Academy, I have completed the following:

- B.S. Business Administration and Communications – NDNU 1999
- Advanced Certificate Peace Officer Standards and Training Certificate
- Robert Presley Institute of Criminal Investigation (ICI) Course, 80 hour (POST)
- Search Warrant and Arrest Course (POST)
- Field Training Officer Course (POST)
- Hotel/Motel Enforcement Course (CNOA)
- Chasing Phones (CNOA)
- 11550 H&S Drug Influence Course (POST)
- Robbery Apprehension Team Basic Course (SFPD)
- Robbery Apprehension Team Advanced Course (SFPD)
- Reid Technique of Interviewing and Interrogation (DEA)
- Electronic Surveillance (Wiretap) Training Course (HIDTA)
- Freenet Network Investigations (USDOJ)
- Instructor Development Course (POST)
- 

On 11/30/17, I was assigned SFPD CASE #170-965-489, CYBERTIP #25390444 that was reported by the National Center for Missing and Exploited Children (NCMEC) by Tumblr.

**Tumblr** (stylized on its home page as **tumblr.**) is a microblogging and social networking website founded by David Karp in 2007, and owned by Yahoo! since 2013. The service allows users to post multimedia and other content to a short-form blog. Users can follow other users' blogs. Bloggers can also make their blogs private. For bloggers, many of the website's features are accessed from a "dashboard" interface.

Tumblr reported the following:

On 11/08/17 at 21:12:00 UTC a Tumblr with the user name **chaz2076** with the IP Address of **162.238.124.187** utilizing the email of ▮▮▮▮▮▮▮▮▮▮ uploaded the filename: **78180748604.jpg** to their Tumblr blog address of **chaz2076.tumblr.com** in early part of 2014, beginning in February.

I reviewed the image (filename: **78180748604.jpg**) and it is described as follows:

The image is of a fully nude female child between the approximate ages of 9-12. The female child is sitting upright on her buttocks with her legs spread exposing her breasts and vagina to the camera while her left hand rests behind her head and her right hand is on the ground supporting her seated position. The photograph appears to have been taken in an undisclosed, outside wooded area.

I conducted an online search for **chaz2076.tumblr.com** and discovered several archived images of nude underage teenage males exposing their genitals that appeared to have been uploaded to Tumblr by **chaz206** to another Tumblr user's blog in 2014.

I then authored search warrants to Tumblr.com and Google Inc. for all account information, including but not limited to email addresses, passwords, subscriber information, IP logs, methods of payment, communications, telephone numbers and other contact information for **chaz2076.tumblr.com** (Tumblr username) and ▮▮▮▮▮▮▮▮▮▮ (Google user account) for the dates of 01/01/2014 – present date.

On 12/11/17, both search warrants were reviewed and signed by the Honorable Judge Torpoco, Superior Court, City and County of San Francisco, Department #14. I subsequently served Tumblr and Google their respective search warrants.

On 12/18/17, I received results pursuant to my search warrant from Google Inc. for the Google user account ▮▮▮▮▮▮▮▮▮▮ which listed ▮▮▮▮▮▮▮ as the phone number associated with the account. I conducted an Accurint search of the phone number and confirmed the carrier is AT&T Wireless.

Further review of the Google results revealed recorded chats in the zip file titled **rxxcofield.Chats.zip/Chats.html.**

The chats appear to have occurred in Google's communication platform, Google Hangouts. Google Hangouts includes instant messaging, video chat, SMS and VOIP features. The DEFENDANT and "John", who states he's 14 years old, engage in a sexually explicit conversation. The below listed chat is an excerpt from a chat beginning on 08-17-2015.

FOR THE PURPOSE OF THE CHRON, DEFENDANT'S RESPONSES ARE IN **BOLD**;

2015-08-17 05:20:52 Redacted @*gmail.com*: lets chat on here big daddy
2015-08-17 05:21:30 ▮▮▮▮▮▮: **Hey cutie**
2015-08-17 05:21:37 Redacted @*gmail.com*: hey daddy
2015-08-17 05:21:46 ▮▮▮▮▮▮: **How old r u baby**
2015-08-17 05:22:15 Redacted @*gmail.com*: 14
2015-08-17 05:22:22 Redacted @*gmail.com*: 15 in two weeks
2015-08-17 05:22:28 Redacted @*gmail.com*: please dont leave
2015-08-17 05:23:45 ▮▮▮▮▮▮: **No I won't**
2015-08-17 05:23:54 Redacted @*gmail.com*: thank you daddy
2015-08-17 05:23:56 ▮▮▮▮▮▮: **Young**
2015-08-17 05:24:10 Redacted @*gmail.com*: ☺
2015-08-17 05:24:11 ▮▮▮▮▮▮: **Let me see some face pics please baby**



```
2015-08-17 05:25:10 Redacted @gmail.com: hold on one second
2015-08-17 05:25:38 Redacted @gmail.com: you understand how careful we have to be right?
2015-08-17 05:25:46 Redacted @gmail.com: thats why I brought you here
2015-08-17 05:26:04                        Yes I do
2015-08-17 05:26:13 Redacted @gmail.com: my name isnt john i used a fake name so you dont get in trouble
```

"John" sends several photos to DEFENDANT photos and the conversation continues:

```
2015-08-17 05:29:27 rxxcofield@gmail.com: Damn you're so fucking beautiful
2015-08-17 05:29:37 Redacted @gmail.com: thanks daddy
2015-08-17 05:29:46                        : Let's see some of your beautiful bush...I love pubic hair
2015-08-17 05:30:21 Redacted @gmail.com: remember i shaved it
2015-08-17 05:30:28 Redacted @gmail.com: ill grow it out for you
2015-08-17 05:31:13                        : K...do u have any pics before u shaved
2015-08-17 05:31:22                        : Hangout started,
2015-08-17 05:31:52 Redacted @gmail.com: cant video chat ;(
2015-08-17 05:31:59 Redacted @gmail.com: my parents areaound
2015-08-17 05:32:05 Redacted @gmail.com: are around*
2015-08-17 05:32:17                        Sorry that was a mistake
2015-08-17 05:32:31 Redacted @gmail.com: its fine
2015-08-17 05:32:38 Redacted @gmail.com: i can only voice call
2015-08-17 05:32:43 rxxcofield@gmail.com: Do you have any pics before u shaved
2015-08-17 05:32:49 Redacted @gmail.com: when im alone
2015-08-17 05:32:52 Redacted @gmail.com: no sorry
2015-08-17 05:32:52                        Hangout ended, duration: 90 seconds, rxxcofield@gmail.com
2015-08-17 05:33:07 Redacted @gmail.com: i tend to take pics when im freshly shaved
2015-08-17 05:33:32                        You're so fucking sweet
2015-08-17 05:33:56                        When was the last time u had sex
2015-08-17 05:34:22                        : Everything about you
2015-08-17 05:35:48                        : Where are u sweetie what city
2015-08-17 05:36:41 Redacted @gmail.com: a month ago
2015-08-17 05:36:46 Redacted @gmail.com: vallejo
2015-08-17 05:37:01                        : Sweet, who was the guy
2015-08-17 05:37:09 Redacted @gmail.com: are you comfortable with hooking up?
2015-08-17 05:37:26 Redacted @gmail.com: a random guy i met on twitter
2015-08-17 05:37:33 Redacted @gmail.com: i mean grindr
2015-08-17 05:37:36 Redacted @gmail.com: lol
2015-08-17 05:37:52                        How old was he
2015-08-17 05:38:15 Redacted @gmail.com: 59
2015-08-17 05:38:31                        : Crazy
2015-08-17 05:38:40 Redacted @gmail.com: lol what?
2015-08-17 05:38:41                        : Where r u cutie
2015-08-17 05:38:48 Redacted @gmail.com: at home
2015-08-17 05:38:59                        What city
2015-08-17 05:39:45 Redacted @gmail.com: vallejo
2015-08-17 05:39:58                        Cool...not to far
2015-08-17 05:40:10                        : Let me see some more of your beautiful dick
2015-08-17 05:40:46 Redacted @gmail.com: send me some pics daddy
2015-08-17 05:40:57 Redacted @gmail.com: Can I have some of you ;)
2015-08-17 05:41:06                        Yeah baby
```

Later in the chat, the DEFENDANT sends several photos to "John" and the conversation continues:

```
2015-08-17 05:52:36                        : What r u doing right now cutie
2015-08-17 05:54:31 Redacted @gmail.com: blushing over your pics
2015-08-17 05:54:42 Redacted @gmail.com: 😊😊😊
2015-08-17 05:55:10                        : 😊😊😊
2015-08-17 05:55:20                        R u really 14
2015-08-17 05:56:00 Redacted @gmail.com: yeah
2015-08-17 05:56:20 Redacted @gmail.com: are you uncomfortable about it?
2015-08-17 05:56:50                        : Yeah
2015-08-17 05:57:12 Redacted @gmail.com: ;(
2015-08-17 05:57:13                        How old was u when you first had sex
2015-08-17 05:57:22 Redacted @gmail.com: 13
```

```
2015-08-17 05:57:36 Redacted @gmail.com: late 13's*
2015-08-17 05:57:46                       : Sorry...I'm not uncomfortable
2015-08-17 05:58:01 Redacted @gmail.com: ?
2015-08-17 05:58:15 Redacted @gmail.com: you said you were, lol
2015-08-17 05:58:16                       : I thank it's cool that you're 14
2015-08-17 05:58:34 Redacted @gmail.com: does it make you even harder ☺
2015-08-17 05:58:49                       Miss read what you was saying
2015-08-17 05:59:06                       Yeah baby...
2015-08-17 05:59:32 Redacted @gmail.com: ☺
2015-08-17 05:59:44                       How old was the guy that was your first
2015-08-17 05:59:52 Redacted @gmail.com: 48
```



I conducted a records check of the above listed phone number and found that it was associated with a Facebook page https://www.facebook.com/ramon.cofield

The Facebook profile user name displayed "Ramon Ray." This individual listed his employment as the "Regional Manager at Janico Building Services" and he currently resides in San Francisco but was from Virginia Beach, Virginia.

Sgt. Servat conducted a criminal history check through CLETS and advised me that a hit for Ramon Cofield, DOB _____, SF#592096, is a convicted sex offender for 288(a)PC. Upon further review of Cofield's criminal history results, I observed Cofield's place of birth is listed as Virginia and "Janico" is listed in the employment field in his 290PC sex offender registry information.

Further review of the Google results also revealed numerous photographs of underage male and females exposing their genitalia, and some of the boys had erect penises. Based on my training and experience, I estimate the boys are between the of 12-16 years old and the girls are between the ages of 12-15 years of age.

Therefore, I am requesting to search AT&T Wireless, Subpoena Compliance Center for all account information, email addresses, passwords, subscriber information, and methods of payment associated with the target phone number _____. I believe the target phone number is associated with Ramon Cofield, who, based on the above stated information, committed the following a violation of **311.11(a)PC - possession of child pornography.**

**AFFIANT** based on training and experience and the information supplied in the affidavit, is of the opinion that the items described are currently located at the above premises.

**AFFIANT** states and declares that she has disclosed and provided the Office of the District Attorney as a part of this application for this search warrant and the Court reviewing this affidavit, all known material facts, whether favorable or unfavorable to either side, including all information which may be exculpatory, and that said information is contained herein. **AFFIANT** swears the information in this document to be true to the best of her knowledge.

The focus of this investigation, in its current state, is to identify and arrest the suspect guilty of the above listed felonies. Based on my training and experience I believe if any notification is given to the target, and the target is the primary suspect, it will lead to the destruction of any and all evidence of the possession and distribution of child pornography to deter law enforcement. In the event that the suspect(s) is manufacturing child pornography or is a hands on offender, it is imperative that he/she is not be made aware of the existence of this warrant or investigation as it may lead to intimidation, endanger the physical safety or life of any victim/witness(es) to which the suspect(s) has access.

Pursuant to the delayed notice provisions of Penal Code §1546.2(b), an order is further requested, delaying any notification to the target about this warrant, for a period of ninety days. Providing prior notice to the target in this matter may have an adverse result such as endangering the life or physical safety of an individual, lead to flight from prosecution, lead to destruction of or tampering with evidence, lead to intimidation of potential witnesses, or otherwise seriously jeopardize the investigation.

All information obtained through the execution of the warrant that is unrelated to the objective of the warrant shall be sealed and not subject to further review, use, or disclosure without a court order.

I request that a Search Warrant be issued based upon the aforementioned facts, commanding the search of the person, premise(s) or vehicle(s) designated above for the property or things described, or any part thereof, and that such items or property be brought before this magistrate or retained subject to the order of the court pursuant to Section 1536 of the Penal Code.

_____
(Signature of the Affiant)

Sworn to as true and subscribed before me

On _21st_ day of _December_, at _1:56_ A.M./P.M.

_Michael B Whh. (Ulmer)_
Judge of the Superior Court, County of San Francisco, State of California



USRC000114