# GOV'T EXHIBIT 1

| UNITED STATES | ) | Case No.: CR 19-00100-VC |
|---|---|---|
| v. | ) | |
| | ) | DECLARATION OF |
| RAMON COFIELD | ) | MARLENE BONNELLY |
| | ) | |
| | ) | |

I, Marlene Bonnelly, declare:

1. I am a Trust & Safety Lead for Tumblr, Inc. ("Tumblr") located in New York. I am authorized to submit this declaration on behalf of Tumblr. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Tumblr is a private company, not a governmental entity, and was originally formed in 2007. It was purchased by Yahoo! in 2013, sold to Verizon in 2017, and most recently acquired by Automattic Inc. in 2019. Tumblr is a global, online platform that allows its users to create individualized, interest-based blogs and post text, photo, video, and other content for others to view and interact with on the Internet.

3. For detection of Child Sexual Abuse Material (CSAM) images, Tumblr uses a mix of automated tools, technology, and user reports. Currently, when new content is uploaded to our platforms, we automatically scan and match the uploaded media against NCMEC's database of known CSAM using PhotoDNA, which is an automated image-detection technology used to identify CSAM. We also have a team of highly-trained content moderation experts, supported by our legal and policy teams, who personally review and report instances of CSAM, including any positive hits resulting from our automated processes.

4. CSAM is one category of illegal content that is of particular concern to us at Tumblr. This content is abhorrent and has no place on any of our platforms. Because we believe that it is in our and society's interests to combat the exploitation of children, we have zero tolerance for this content and promptly report violations to relevant agencies.

5. As reflected in the CyberTipline Report 25390444, the image at issue (filename: 78180748604.jpg) was uploaded to the Tumblr account on March 1, 2014 at 00:14:59 EST.

6. Attached as Exhibits A and B are copies of the Privacy Policy and Terms of Service that were in effect at the time the blog was terminated in 2014 and also at the time the NCMEC report was sent.

7. The specific media at issue was identified using PhotoDNA, but was also viewed by a Tumblr employee prior to submission to NCMEC.

8. The blog to which the subject media was uploaded was terminated in 2014 for a violation of Tumblr's Terms of Service. Tumblr's implementation of PhotoDNA in 2017 surfaced the reported content which was then reviewed and reported to NCMEC at that time.

I hereby declare, certify or state, under the penalty of perjury, that the foregoing is true and correct.

NAME: _Marlene Bonnelly_          DATED: _12/22/20_
       Marlene Bonnelly

# EXHIBIT A

# (To Tumblr Declaration)

Case 3:19-cv-00100-VC Document 61 Filed 12/28/20 Page 4 of 26





```
  1   Tumblr, Inc. ("Tumblr," "we," "us," or "our") takes the private nature of your
  2   information very seriously. Note that Tumblr was acquired by, and is now, a
  3   wholly-owned subsidiary of, Yahoo! Inc. ("Yahoo") as of June 19, 2013. This
  4   policy regarding our privacy practices (the "Privacy Policy") describes how we
  5   treat the information we collect when you visit and use tumblr.com (the "Site")
  6   and/or Tumblr's other domains, products, advertising products, services, and/or
  7   content, including our iOS, Android, and Windows Phone mobile applications
  8   (collectively with the Site, the "Services"). When you use the Services, you
  9   also consent to the collection, transfer, manipulation, storage, disclosure and
 10   other uses of your information as described in this Privacy Policy; please read
 11   it carefully.
 12
 13   What This Privacy Policy Covers
 14
 15     This Privacy Policy covers our treatment of information gathered when you
 16     are using or accessing the Services. This Privacy Policy also covers our
 17     treatment of any information about you that our partners share with us or
 18     that we share with our partners.
 19
 20     This Privacy Policy does not apply to the practices of third parties that we
 21     do not own, control, or manage, including but not limited to any third party
 22     websites, services, applications, or businesses ("Third Party Services").
 23     While we try to work only with those Third Party Services that share our
 24     respect for your privacy, we don't take responsibility for the content or
 25     privacy policies of those Third Party Services. We encourage you to carefully
 26     review the privacy policies of all Third Party Services you access.
 27
```

```
28    Also: This Privacy Policy also doesn't govern what our users do on their
29    Tumblr blogs and we aren't responsible for the information collection and use
30    practices of our individual blogs and bloggers. One of the great features of
31    Tumblr's products is customizability, and bloggers have a lot of flexibility
32    in how their blogs behave. When you visit a blog in our network, that blog
33    may collect more information than we do, and may provide information to third
34    parties that we have no relationship with, including to advertisers.
35
36 What We Collect and How We Use It
37
38    Account Information:
39
40      When you create an account on the Services (an "Account"), we'll ask you
41      for information such as your username, password, age, and email address
42      ("Account Information"). We may use Account Information, alone or together
43      with other information, to enhance and improve the Services, such as by
44      personalization. We use your age to verify that you can lawfully use the
45      Services. We use your email address to verify your Account and to
46      communicate with you, as described in more detail below. We also allow
47      users to look for their friends by email address; you can, however, opt out
48      of email lookup through your Account Settings.
49
50    Email Communications with Us:
51
52      As part of the Services, you may occasionally receive email and other
53      communications from us. Administrative communications relating to your
54      Account (e.g., for purposes of Account recovery or password reset) are
55      considered part of the Services and your Account, which you may not be able
56      to opt-out from receiving. We also may send you other kinds of emails,
57      which you can opt-out of either from your Account Settings page or by using
58      the "Opt-Out" link in the emails themselves. Note that we will never email
59      you to ask for your password or other Account Information; if you receive
60      such an email, please forward it to us.
61
62    Information about Your Accounts on Third Party Services:
63
64      You can link your Account to certain Third Party Services. In order to do
65      so, you may provide us with your username or other user ID for a Third
66      Party Service, and you may then be required to log into that Service. After
67      you complete this login process, we will receive a token that allows us to
68      access your account on that service so that we can, for example, post your
69      content to that service when you ask us to. We do not receive or store your
70      passwords for your Third Party Service accounts.
71
72    Information Obtained from Third Party Services:
73
74      In some cases, we partner with Third Party Services that may provide
75      information about you. Such information could include, for example, your
76      gender, if you have disclosed that information to that third party and made
```

it available for Tumblr to access. To the extent we obtain such
information, we may use it to develop new Services or to improve or enhance
the Services.

User Content:

By default, all sharing through the Services is public, and when you
provide us with content it is published so that anyone can view it.
Although we do provide tools, like password-protected blogs, "Asks," and
"Fan Mail," that let you publish content privately, you should assume that
anything you publish is publicly accessible unless you have explicitly
selected otherwise. Also, please keep in mind that anything you share
privately with another user, particularly through an Ask or Fan Mail, may
be posted publicly by that user. Content published and shared publicly is
accessible to everyone, including search engines, and you may lose any
privacy rights you might have regarding that content. In addition,
information shared publicly may be copied and shared throughout the
Internet, including through actions or features native to the Services,
such as "reblogging."

Native Actions:

The Services allow you to perform native actions that are integral to our
products, such as "liking" a post, reblogging a post, "replying" to a post,
and following a blog. Liking, reblogging, and replying are public actions —
anyone can expand the "notes" view on a post, for example, to see who
liked, reblogged, or replied to a post. We use information about native
actions to improve the Services, develop new Services, and, particularly,
to personalize your Tumblr experience. Personalization using this
information may include presenting you with new posts relevant to what
you've liked, providing you with better search results, and showing you
advertising more relevant to your interests.

Information About User Content:

In some cases, we may collect information about content you provide to the
Services. For example, when it's included as part of your images, we may
collect information describing your camera, camera settings, or EXIF
information. This information allows us to improve the Services and provide
additional features and functionality.

Financial Information:

We will sometimes collect financial information, such as information
related to your payment method (valid credit card number, type, expiration
date or other financial information). This happens, when you decide to
purchase a paid Service. We do not, however, store that financial
information; such information is stored by our payment processor (the
"Payment Processor"), and use and storage of that information is governed

by the Payment Processor's applicable terms of service and privacy policy
(the Payment Processor may also have other terms, and you are responsible
for locating and familiarizing yourself with those terms, as applicable).
We do receive certain information from our Payment Processor: (1) a unique
token that we connect with your Account to enable you to make further
purchases using the information stored by our Payment Processor and (2) in
certain cases, the last four digits of the credit card number associated
with that token, so that we can prevent fraudulent transactions and
identity theft.


Information Related to Use of the Services:


We collect information about how people use the Services, including those
with an Account. This type of information may be collected in our log files
each time you interact with (i.e., make a request to) the Services. We use
internal tools (from both Tumblr and Yahoo) and third party applications
and services (like Google Analytics or comScore), to collect and analyze
this information. Some of this information may also be associated with the
Internet Protocol Address ("IP Address") used to access the Services; some
may be connected with your Account; and some may only be collected and used
in aggregate form (as a statistical measure that wouldn't identify you or
your Account). We also collect your IP Address when you make a post,
particularly when you submit an anonymous "Ask". We may use this
information about how you and others interact with the Services for a
number of things generally related to enhancing, improving, protecting, and
developing new Services, including but not limited to: providing users with
personalized content; providing users with targeted advertising; improving
our search results; identifying trending or popular content; fighting spam,
malware, identity theft and generally keeping our users and community safe;
and for legal and safety reasons as set forth in "Information Disclosed for
Our Protection and the Protection of Others."


Information Related to Your Web Browser:


We automatically receive and record information from your web browser when
you interact with the Services, such as your browser type and version,
what sort of device you are using, your operating system and version, your
language preference, the website or service that referred you to the
Services, the date and time of each request you make to the Services, your
screen display information, and information from any cookies we have placed
on your web browser (as described below). We also sometimes detect whether
you are using certain web browser extensions and store that information in
a manner associated with your Account. We use web browser-related
information to enhance and improve the Services.


Location Information:


In some cases we collect and store information about where you are
located, such as by converting your IP Address into a rough geolocation.

We may use location information to improve and personalize the Services
for you.

Information Related to Your Mobile Device:

We may collect and store information related to your mobile device. In some
cases, we, or Yahoo (who we use for mobile analytics and other services),
may receive, generate, or assign your mobile device a unique identifier for
the purposes described above in "Information Related to Use of the
Services." We may also ask you to provide your phone number to enable new
products and improve the Services, such as by enabling multi-factor
authentication for Account login. We will always ask you whether it's OK
for us to collect and store your phone number.

Information Collected Using Cookies and Web Tags:

Cookies are text files that may be sent to and saved by your web browser
when you access a website; your web browser stores these cookies in a way
associated with each website you visit, and you can generally see your
cookies through your browser settings, depending on what browser you're
using. A web tag is code or a pixel embedded in a web page, or email, that
allows Tumblr or a third party to see that you have looked at that page.
We use cookies and web tags to enable our servers to recognize your web
browser and tell us how and when you use the Services, as described above
in "Information Related to Use of the Services." Our cookies do not, by
themselves, contain information that personally identifies you, and we
don't combine the general information collected through cookies with other
such information to tell us who you are. However, we do use cookies to
identify that you have logged in, and that your web browser has accessed the
Services, and we may associate that information with your Account if you
have one. We may also store unique or near-unique identifiers that we
associate with your Account in our cookies. This information, in turn, is
sometimes used as described above in "Information Related to Use of the
Services." Most web browsers have an option for turning off the cookie
feature, which will prevent your browser from accepting new cookies, as
well as (depending on the sophistication of your web browser) allowing you
to decide on acceptance of each new cookie in a variety of ways. If you
disable cookies, you won't be able to log into your Account, and so won't
be able to use the vast majority of our Services; as such, we don't
recommend disabling your cookies when using the Services. Some services
that we use (including Third Party Services), such as Google Analytics and
Yahoo Web Analytics, use web tags and may also place their own cookies on
your browser, and individual blogs on our network may contain code that
places their own cookies. We also run limited-time studies using web tags,
sometimes with third parties, to, for example, measure the effectiveness of
our advertising or email. Note that, unless otherwise disclosed, this
Privacy Policy covers our use of cookies only and does not cover the use of
cookies by third parties.

Information About Your Contacts:

Certain features of the Services allow you to provide us with your contact
lists, so that we can connect you with people in our Services that are also
on those contact lists. For example, you can temporarily connect your email
contact information to your Account, so that we can provide you with a list
of your email contacts that use the Services. As another example, you can
send us your mobile phone contact information through our mobile
applications, which then allows us to provide you with a list of those
contacts that use the Service so that you can "follow" their blogs. We will
give you a choice as to whether or not you provide us such information, and
we will disclose fully, within the appropriate feature, how we use that
information.

Derived Information:

As described above in "Native Actions" and "Information Related to the Use
of the Services," we analyze your actions on the Services in order to
derive or infer characteristics that may be descriptive of your Account
(for example, what kinds of blogs you follow or what kind of posts you
view, "like", and reblog). We use this information for all of the purposes
set forth in "Information Related to Use of the Services," above.

With Whom Your Information Is Shared

We never share information we receive from you unless:

(a) we have your permission to share that information;

(b) we have given you prior notice that the information will be shared,
    and with whom; or

(c) that information is aggregate information or other information that
    does not identify you.

Information Shared with and Received from our Corporate Parent:

We are a wholly-owned subsidiary of Yahoo, and, as such, Yahoo may receive
any information we do, and may share information it has with us. Yahoo may
use the information it receives from us to help us provide, understand, and
improve the Services (including by providing us with analytics) and in
connection with Yahoo's products and services (including by providing you
with a more personalized experience). For details about how Yahoo treats
the information it collects, please review Yahoo's Privacy Policy.

Information Shared with the Public Through the Services:

As noted in "User Content" and "Native Actions," above, by default, content
published through the Services and many actions you take on the Services

```
273  are shared with the public. Because this kind of information can be seen by
274  anyone and may be indexed by search engines (like Google Search, or the far
275  superior Yahoo Search), you should be careful about what you choose to
276  disclose publicly and make sure it's information you want to share with
277  everyone.
278
279  Information Shared Between the Services:
280
281      We may, if possible, aggregate information about your use of multiple
282      Services and use that consolidated information to enhance and improve the
283      Services, and to develop new Services.
284
285  Information You Share with Third Party Services:
286
287      You may access Third Party Services through the Services, for example by
288      clicking on externally-pointing links. You may also choose to share
289      information that you provide to us, like blog posts, with those Third
290      Party Services (for example, by sharing posts to Twitter or Facebook).
291      This Privacy Policy only governs information we collect and you are
292      responsible for reading and understanding those Third Party Services'
293      privacy policies.
294
295  Information Shared with Our Agents in Order to Operate and Improve the
296  Services:
297
298      In some cases, we share information that we store (such as IP Addresses)
299      with third parties, such as service providers, consultants, and other
300      agents ("Agents"), for the purposes of operating, enhancing, and improving
301      the Services, and developing new products and services. For example, we may
302      share information with service providers in order to fight spam, and
303      third-party consultants may have access to information in the process of
304      improving our processes and technology. Agents with whom we share such
305      information for these reasons are generally bound by confidentiality
306      obligations and, unless we tell you differently, our Agents do not have any
307      right to use information we share with them beyond the scope and duration
308      of what is necessary to assist us.
309
310  Information Disclosed Pursuant to Business Transfers:
311
312      In some cases, we may choose to buy or sell business assets. In these
313      transactions, user information is typically one of the transferred
314      business assets. Moreover, if we, or substantially all of our assets, were
315      acquired, or if we go out of business or enter bankruptcy, user
316      information would be one of the assets that is transferred or acquired by
317      a third party. You acknowledge that such transfers may occur, and that any
318      acquirer of us or our assets may continue to use your Personal Information
319      as set forth in this policy.
320
321  Information Disclosed for Our Protection and the Protection of Others:
```

322
323    We believe in freedom of expression, and, to the extent reasonable, we try
324    to protect our community from baseless legal demands. That said, we also
325    reserve the right to access, preserve, and disclose any information as we
326    reasonably believe is necessary, in our sole discretion, to (i) satisfy
327    any law, regulation, legal process, governmental request, or governmental
328    order, (ii) enforce this Privacy Policy and our Terms of Service,
329    including investigation of potential violations hereof, (iii) detect,
330    prevent, or otherwise address fraud, security, trust and safety, or
331    technical issues (including exchanging information with other companies and
332    organizations for the purposes of improving security and preventing fraud,
333    spam, and malware), (iv) respond to user support requests, or (v) protect
334    the rights, property, health or safety of us, our users, any third parties
335    or the public in general, including but not limited to situations involving
336    possible violence, suicide, or self-harm.
337
338  Information We Share with Your Consent or at Your Request:
339
340    If you ask us to release information that we have about your Account, we
341    will do so if reasonable and not unduly burdensome.
342
343  Information Shared with Other Third Parties:
344
345    We may share or disclose non-private information, Aggregate Information, or
346    other non-personally identifying information with people and entities that
347    we do business with.
348
349  The Security of Your Information
350
351    Your Account Information is protected by a password for your privacy and
352    security. We may enable additional security features in the future, like
353    multi-factor authentication. You need to prevent unauthorized access to your
354    Account and information by creating a unique, secure, and protected password
355    and limiting access to your computer and browser by signing off after you
356    have finished accessing your Account on the Services.
357
358    We seek to protect your information (including your Account Information) to
359    ensure that it is kept private; however, we can't guarantee the security of
360    any information. Unauthorized entry or use, hardware or software failure,
361    and other factors may compromise the security of user information at any
362    time.
363
364  What Information You Can Access
365
366    If you are a registered user, you can access most information associated with
367    your Account by logging into the Services and checking your Account Settings
368    page. Registered and unregistered users can access and delete cookies through
369    their web browser settings.
370

How to Delete Your Account and What Happens When You Delete Your Account

    If you want to delete your Account, you can do so from your Account Settings
    page or by emailing us and providing proof of authority over the Account.
    What constitutes "proof of authority" will vary depending on the
    circumstances, but generally will require sufficient identifying information
    so that we can be confident you are the Account owner. Deleting your Account
    may not fully remove the content you have published from our systems, as
    caching of, backups of, copies of, or references to your Account Information
    may not be immediately removed. In addition, given the nature of sharing on
    the Services, some of the public activity on your Account prior to deletion
    (such as reblogs of your blog posts) may remain stored on our servers and
    accessible to the public.

Changes to This Privacy Policy

    We may amend this Privacy Policy from time to time, using the process for
    modifications set forth in our Terms of Service. Use of information we
    collect is subject to the Privacy Policy in effect at the time such
    information is collected.

Where to Direct Questions or Concerns

    If you have any questions or concerns regarding privacy using the Services,
    please send us a detailed message.

Link to Prior Versions

    You will find a link to prior versions of our Privacy Policy below. We have
    stored these versions on GitHub, which will also allow you to compare
    different versions and see what terms have changed:

    http://github.com/tumblr/policy/commits/master/privacy-policy.txt

# EXHIBIT B

# (To Tumblr Declaration)





```
607 lines (490 sloc)    32.1 KB
```

```
 1   Hello! Welcome to Tumblr's Terms of Service. Please read this carefully before
 2   using our site, services, or products. This is a contract between you and
 3   Tumblr. We've also included several annotations that aren't a part of the
 4   contract itself, but are intended to emphasize key sections and help you follow
 5   the text. We've tried to be fair and straightforward. Please feel free to email
 6   us if you have any questions or suggestions!
 7
 8   1. Accepting the Terms of Service
 9
10     Please read these Terms of Service and our Community Guidelines
11     (collectively, the "Agreement") carefully before using tumblr.com
12     (the "Site") and/or the other domains, websites, products, applications,
13     mobile applications, services, and/or Content provided by Tumblr, Inc. (all
14     of those collectively with the Site, the "Services") (Tumblr, Inc., a
15     Delaware corporation and wholly-owned subsidiary of Yahoo! Inc., a Delaware
16     corporation, collectively with its agents, representatives, consultants,
17     employees, officers and directors, "Tumblr," "we," or "us"). By using or
18     accessing the Services, you ("Subscriber" or "you") agree to be bound by all
19     the terms and conditions of this Agreement. If you don't agree to all the
20     terms and conditions of this Agreement, you shouldn't and aren't permitted to
21     use the Services.
22
23   2. Modifications to this Agreement
24
25     Tumblr reserves the right to modify this Agreement by (1) posting a revised
26     Agreement on and/or through the Services and (2) providing notice to you that
27     this Agreement has changed, generally via e-mail where practicable, and
```

Case 3:19-cv-00100-MC Document 61-0 Filed 12/23/20 Page 15 of 26

28 otherwise through the Services (such as through a notification on your Tumblr
29 Dashboard or in our mobile applications). Modifications will not apply
30 retroactively. You are responsible for reviewing and becoming familiar with
31 any modifications to this Agreement.
32
33 We may sometimes ask you to review and to explicitly agree to (or reject) a
34 revised version of this Agreement. In such cases, modifications will be
35 effective at the time of your agreement to the modified version of this
36 Agreement. If you do not agree at that time, you are not permitted to use the
37 Services.
38
39 In cases where we do not ask for your explicit agreement to a modified
40 version of this Agreement, but otherwise provide notice as set forth above,
41 the modified version of this Agreement will become effective fourteen days
42 after we have posted the modified Agreement and provided you notification of
43 the modifications. Your use of the Services following that period constitutes
44 your acceptance of the terms and conditions of this Agreement as modified.
45 If you do not agree to the modifications, you are not permitted to use, and
46 should discontinue your use of, the Services.
47
48 Note that, if you have prepaid for any Paid Services (as defined below) prior
49 to a modification of this Agreement, your use of such prepaid Paid Services
50 is governed by the version of this Agreement in effect at the time Tumblr
51 received your prepayment.
52
53 3. Use of the Services
54
55   Eligibility:
56
57     No individual under the age of thirteen (13) may use the Services,
58     provide any personal information to Tumblr, or otherwise submit personal
59     information through the Services (including, for example, a name, address,
60     telephone number, or email address). You may only use the Services if you
61     can form a binding contract with Tumblr and are not legally prohibited from
62     using the Services.
63
64   Service Changes and Limitations:
65
66     The Services change frequently, and their form and functionality may
67     change without prior notice to you. Tumblr retains the right to create
68     limits on and related to use of the Services its sole discretion at any
69     time with or without notice. Tumblr may also impose limits on certain
70     Services or aspects of those Services or restrict your access to parts or
71     all of the Services without notice or liability. Tumblr may change,
72     suspend, or discontinue any or all of the Services at any time, including
73     the availability of any product, feature, database, or Content (as defined
74     below). Tumblr may also suspend Accounts (as defined below) at any time,
75     in its sole discretion.
76

Limitations on Automated Use:

You may not, without express prior written permission, do any of the
following while accessing or using the Services: (a) tamper with, or use
non-public areas of the Services, or the computer or delivery systems of
Tumblr and/or its service providers; (b) probe, scan, or test any system or
network (particularly for vulnerabilities), or otherwise attempt to breach
or circumvent any security or authentication measures; (c) access or search
or attempt to access or search the Services by any means (automated or
otherwise) other than through our currently available, published interfaces
that are provided by Tumblr (and only pursuant to those terms and
conditions) or unless permitted by Tumblr's robots.txt file or other robot
exclusion mechanisms; (d) scrape the Services, and particularly scrape
Content (as defined below) from the Services; (e) use the Services to send
altered, deceptive, or false source-identifying information, including
without limitation by forging TCP-IP packet headers or e-mail headers; or
(f) interfere with, or disrupt, (or attempt to do so), the access of any
Subscriber, host or network, including, without limitation, by sending a
virus to, spamming, or overloading the Services, or by scripted use of the
Services in such a manner as to interfere with or create an undue burden
on the Services.

4. Registration, Tumblr URLs, and Security

As a condition to using certain of the Services, you may be required to
create an account (an "Account") and select a password and Tumblr username,
which will serve as a default link to your default Tumblr blog of the form
[username].tumblr.com (a "Tumblr URL"). You must select a different Tumblr
URL for each new blog you create.

You agree to provide Tumblr with accurate, complete, and updated registration
information, particularly your e-mail address.

You are also responsible for maintaining the confidentiality of your Account
password and for the security of your Account, and you will notify Tumblr
immediately of any actual or suspected loss, theft, or unauthorized use of
your Account or Account password.

5. Privacy

For information about how Tumblr collects, uses, and share your information,
please review our Privacy Policy. You agree that by using the Services you
consent to the collection, use, and sharing (as set forth in the Privacy
Policy) of such information, including the transfer of this information to
the United States and/or other countries for storage, processing, and use by
Tumblr and the Tumblr Affiliates (as defined below).

6. Content and Subscriber Content

```
126        Definitions:
127
128            For purposes of this Agreement: (1) the term "Content" means a creative
129            expression and includes, without limitation, video, audio, photographs,
130            images, illustrations, animations, logos, tools, written posts, replies,
131            comments, information, data, text, software, scripts, executable files,
132            graphics, Themes (as defined below), and interactive features, any of which
133            may be generated, provided, or otherwise made accessible on or through the
134            Services; (2) the term "Subscriber Content" means Content that a Subscriber
135            submits, transfers, or otherwise provides to the Services. Content
136            includes, without limitation, all Subscriber Content.
137
138        Your Rights in Subscriber Content:
139
140            Subscribers retain ownership and/or other applicable rights in Subscriber
141            Content, and Tumblr and/or third parties retain ownership and/or other
142            applicable rights in all Content other than Subscriber Content.
143
144        Subscriber Content License to Tumblr:
145
146            When you provide Subscriber Content to Tumblr through the Services, you
147            grant Tumblr a non-exclusive, worldwide, royalty-free, sublicensable,
148            transferable right and license to use, host, store, cache, reproduce,
149            publish, display (publicly or otherwise), perform (publicly or otherwise),
150            distribute, transmit, modify, adapt (including, without limitation, in
151            order to conform it to the requirements of any networks, devices, services,
152            or media through which the Services are available), and create derivative
153            works of, such Subscriber Content. The rights you grant in this license are
154            for the limited purposes of allowing Tumblr to operate the Services in
155            accordance with their functionality, improve the Services, and develop new
156            Services. The reference in this license to "creat[ing] derivative works" is
157            not intended to give Tumblr a right to make substantive editorial changes
158            or derivations, but does, for example, enable "reblogging," which allows
159            Tumblr Subscribers to redistribute Subscriber Content from one Tumblr blog
160            to another in a manner that allows them to add their own text or other
161            Content before or after your Subscriber Content.
162
163            You also agree that this license includes the right for Tumblr to make all
164            publicly-posted Content available to third parties selected by Tumblr, so
165            that those third parties can syndicate and/or analyze such Content on
166            other media and services.
167
168            Note also that this license to your Subscriber Content continues even if
169            you stop using the Services, primarily because of the social nature of
170            Content shared through Tumblr's Services — when you post something
171            publicly, others may choose to comment on it, making your Content part of a
172            social conversation that can't later be erased without retroactively
173            censoring the speech of others.
174
```

You also agree that you will respect the intellectual property rights of
others, and represent and warrant that you have all of the necessary rights
to grant us this license for all Subscriber Content you transfer to us.

Tumblr may add its own affiliate code to links posted on Tumblr at its
discretion, provided a user has not previously included their own affiliate
code into the applicable link. Users may opt out of this functionality
here: https://www.tumblr.com/settings/blog.

Content License to You:

As a Subscriber of the Services, Tumblr grants you a worldwide, revocable,
non-exclusive, non-sublicensable, and non-transferable license to
download, store, view, display, perform, redistribute, and create
derivative works of Content solely in connection with your use of, and in
strict accordance with the functionality and restrictions of, the Services
(including, without limitation, Paid Services, as defined below). This
means, for example, that we license Content to you for purposes of
reblogging.

Compliance with Community Guidelines:

You agree that you won't violate Tumblr's Community Guidelines.

Termination and Deletion:

On termination of your Account or upon your deletion of particular pieces
of Subscriber Content from the Services, Tumblr shall make reasonable
efforts to make such Subscriber Content inaccessible and cease use of it;
however, you acknowledge and agree that: (a) removed Subscriber Content may
persist in caches or backups for a reasonable period of time; and (b)
copies of or references to the Subscriber Content may not be entirely
removed (due to the nature of reblogging, for example).

7. Special Provisions for Application Developers

If you develop software or services based on the Services or any Content,
whether using the Tumblr Application Programming Interface or not, you
will agree to and comply with the Tumblr Application Developer and API
License Agreement.

8. Use of Trademarks

Any use of Tumblr's trademarks, branding, logos and other such assets in
connection with the Services shall use Tumblr's approved branding and shall
be in accordance with the Tumblr Trademark Guidelines.

9. Themes

github.com/tumblr/policy/blob/10a83db20735bd930f6dc2a6ab4dca4299b800bf/terms-of-service.txt
                                                                                                    18

224    Tumblr makes available specialized HTML and CSS code ("Tumblr Template
225    Code") for the design and layout of blog pages available for use on some of
226    the Services ("Themes"). Certain Themes are available for purchase as a Paid
227    Service (as defined below) (such Themes, "Premium Themes"). Purchased
228    Premium Themes may not be transferred between Accounts, between blogs, or
229    between Services on a single Account and are subject to the payment terms
230    herein.
231
232    Tumblr grants you a license to customize the Tumblr Template Code to create
233    your own Themes for use on your blog page (each a "Custom Theme"). If you
234    choose, you may also contribute your Custom Themes for use by other
235    Subscribers as Subscriber Content. However, as a condition of this license
236    allowing you to create Custom Themes, you agree that you won't distribute
237    such Custom Themes from locations other than Tumblr-owned or approved
238    websites without our permission, as set out in our [Community Guidelines].
239
240    Note also that other Subscribers may use your Custom Themes after you have
241    removed them from distribution, and you hereby grant those Subscribers an
242    irrevocable license to use those Custom Themes as contributed by you. In
243    other words, you can remove and stop distribution of your Custom Themes, but
244    Subscribers who are already using them can keep using them.
245
246    To develop and distribute Custom Themes that are Premium Themes, please
247    contact us.
248
249    10. Paid Services
250
251    Some of the Services require payment of fees (the "Paid Services," including
252    without limitation Premium Themes). All fees are stated in United States
253    dollars. You shall pay all applicable fees, as described in the applicable
254    Services, in connection with such Services, and any related taxes or
255    additional charges.
256
257    Paid Services are limited licenses for you to use particular for-pay aspects
258    of the Services. Usage of terms like sell, sale, buy, purchase, or similar
259    terms all refer to your acquisition of a license to use Paid Services, and
260    do not represent any transfer of any right, title, or ownership interest in
261    any kind. You may not relicense, resell, transfer, or exchange Paid Services
262    within or outside of the Services, except as expressly allowed by the rules
263    of those Paid Services.
264
265    Tumblr may, in its sole discretion, modify the functionality of, or
266    eliminate, Paid Services, or the terms and conditions under which Paid
267    Services are provided.
268
269    Purchases of Paid Services are final and non-refundable (particularly those
270    Paid Services that may be used immediately, such as Promotions, as defined
271    below), except at Tumblr's sole discretion and in accordance with the rules
272    governing each Paid Service. Termination of your Account or your rights under

Crowdfunding Service Document 61-0 terms of service 10a83db...terms-of-service.txt

273  this Agreement may result in forfeiture of purchased Paid Services. For
274  example, if your Account is suspended, you forfeit your license to any
275  Premium Themes you have purchased.
276
277  Tumblr may change its prices for Paid Services at any time. To the extent
278  applicable, Tumblr will provide you reasonable notice of any such pricing
279  changes by posting the new prices on or through the applicable Paid Service
280  and/or by sending you an email notification. If you do not wish to pay the
281  new prices, you may choose not to purchase, or to cancel, the applicable Paid
282  Service prior to the change going into effect.
283
284  11. Special Provisions for Promotions
285
286  Some features of the Services may allow you to promote yourself to other
287  Subscribers, and some of these features may be Paid Services ("Promotions").
288
289  The following additional terms apply to Promotions:
290
291  - Things that you promote will comply with this Agreement; if they don't,
292  Tumblr reserves the right, in its sole discretion, to cancel a Promotion
293  without refund or recourse to you.
294
295  - Tumblr may remove or disable any Promotion for any reason in its sole
296  discretion.
297
298  - Unless otherwise specified, Tumblr does not guarantee any activity that
299  Promotions may receive, including but not limited to clicks, "likes", and
300  reblogs. Tumblr cannot control how Subscribers interact with Promotions
301  and is not responsible for "click fraud" or other fraudulent actions by
302  third parties, including, without limitation, Subscribers. Tumblr doesn't
303  guarantee that its reporting related to Promotions will be accurate or
304  complete, nor does it guarantee that Promotions will behave in a
305  particular manner, and Tumblr shall not be liable to you or responsible
306  for any erroneous reporting about or errant behavior of or related to
307  Promotions (e.g., any errors in how "likes" or reblogs are counted).
308
309  - Promotions may allow targeting to some Subscriber characteristics. Tumblr
310  does not guarantee that any particular Promotion will reach a particular
311  sort of individual in all cases.
312
313  - You can cancel certain Promotions at any time depending on their
314  functionality, but you are responsible for paying for Promotions at least
315  to the extent they have already been used or distributed through the
316  Services.
317
318  - By submitting a Promotion, you license Tumblr to run that Promotion for
319  as long as you have specified, which, depending on the Promotion, may be
320  perpetually. This license ends when the Promotion has been completed or
321  cancelled, but it may take up to forty eight (48) hours for a Promotion

to stop being reflected on the Services.

## 12. Warranty Disclaimer; Services Available on an "AS-IS" Basis

Your access to and use of the Services or any Content is at your own risk.
YOU UNDERSTAND AND AGREE THAT THE SERVICES ARE PROVIDED TO YOU ON AN "AS IS"
AND "AS AVAILABLE" BASIS. WITHOUT LIMITING THE FOREGOING, TO THE FULL EXTENT
PERMITTED BY LAW, TUMBLR DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, OF
MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.
Tumblr makes no representations or warranties of any kind with respect to
the Services, including any representation or warranty that the use of the
Services will (a) be timely, uninterrupted or error-free or operate in
combination with any other hardware, software, system or data, (b) meet your
requirements or expectations, (c) be free from errors or that defects will
be corrected, or (d) be free of viruses or other harmful components. Tumblr
also makes no representations or warranties of any kind with respect to
Content; Subscriber Content, in particular, is provided by and is solely the
responsibility of, the Subscribers providing that Content. No advice or
information, whether oral or written, obtained from Tumblr or through the
Services, will create any warranty not expressly made herein.

## 13. Time Limitation on Claims and Releases From Liability

You agree that any claim you may have arising out of or related to this
Agreement or your relationship with Tumblr must be filed within one year
after such claim arose; otherwise, your claim is permanently barred.

You further release, to the fullest extent permitted by law, Tumblr and its
employees, agents, consultants, directors, shareholders, any other person or
entity that directly or indirectly controls, is under common control with, or
is directly or indirectly controlled by, Tumblr (the "Tumblr Affiliates")
from responsibility, liability, claims, demands, and/or damages (actual and
consequential) of every kind and nature, known and unknown (including but not
limited to claims of negligence), arising out of or related to the following:

  - Disputes between Subscribers, including those between you and other
    Subscribers.

  - The acts of third parties generally (i.e., individuals or entities who
    are not Tumblr or a Tumble Affiliate), including third party sites and
    services.

  - Disputes concerning any use of or action taken using your Account by you
    or a third party.

  - Claims relating to the unauthorized access to any data communications
    relating to, or Content stored under or relating to, your Account,
    including but not limited to unauthorized interception, use, or
    alteration of such communications or your Content. For the sake of

clarity, this includes any and all claims related to the security of your
Account credentials.

  – Claims relating to any face—to—face meetings in any way
    related to Tumblr at any venues ("Meetups"), including without
    limitation claims related to the actions or omissions of any Subscribers
    or third parties who organize, attend, or are otherwise involved in any
    Meetups; see our Meetups page for more information. Unless otherwise
    expressly disclosed in writing, Tumblr does not sponsor, oversee, or in
    any manner control Meetups.

If you are a California resident, you waive California Civil Code § 1542,
which says: "A general release does not extend to claims which the creditor
does not know or suspect to exist in his favor at the time of executing the
release, which if known by him must have materially affected his settlement
with the debtor."

14. Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, TUMBLR AND THE TUMBLR
AFFILIATES SHALL NOT BE LIABLE FOR: (A) ANY INDIRECT, INCIDENTAL, EXEMPLARY
PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER; (B) LOSS OF:
PROFITS, REVENUE, DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES; (C)
DAMAGES RELATING TO YOUR ACCESS TO, USE OF, OR INABILITY TO ACCESS OR USE THE
SERVICES; (D) DAMAGES RELATING TO ANY CONDUCT OR CONTENT OF ANY THIRD PARTY
OR SUBSCRIBER USING THE SERVICES, INCLUDING WITHOUT LIMITATION, DEFAMATORY,
OFFENSIVE OR ILLEGAL CONDUCT OR CONTENT; AND/OR (E) DAMAGES IN ANY MANNER
RELATING TO ANY CONTENT. THIS LIMITATION APPLIES TO ALL CLAIMS, WHETHER BASED
ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, WHETHER OR NOT TUMBLR
HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, AND FURTHER WHERE A
REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED ITS ESSENTIAL PURPOSE.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TOTAL LIABILITY OF
TUMBLR AND THE TUMBLR AFFILIATES, FOR ANY CLAIM UNDER THIS AGREEMENT,
INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE GREATER OF ONE
HUNDRED DOLLARS (US$100.00) OR THE AMOUNT YOU PAID US TO USE THE APPLICABLE
SERVICE(S).

15. Exclusions to Warranties and Limitation of Liability

Some jurisdictions may not allow the exclusion of certain warranties or the
exclusion/limitation of liability as set forth in Section 14, so the
limitations above may not apply to you.

16. Termination

Either party may terminate this Agreement at any time by notifying the other
party. Tumblr may terminate or suspend your access to or ability to use any
and all Services immediately, without prior notice or liability, for any

reason or no reason, including but not limited to if you breach any of the
terms or conditions of this Agreement. In particular, Tumblr may immediately
terminate or suspend Accounts that have been flagged for repeat copyright
infringement.

Upon termination of your access to or ability to use a Service, including
but not limited to suspension of your Account on a Service, your right to
use or access that Service and any Content will immediately cease. All
provisions of this Agreement that by their nature should survive termination
shall survive termination, including, without limitation, ownership
provisions, warranty disclaimers, and limitations of liability. Termination
of your access to and use of the Services shall not relieve you of any
obligations arising or accruing prior to such termination or limit any
liability that you otherwise may have to Tumblr or any third party.

## 17. Choice of Law and Venue

You and Tumblr agree that we will resolve any claim or controversy at law or
equity that arises out of this Agreement or the Services in accordance with
this Section or as you and Tumblr otherwise agree in writing. Before
resorting to formal dispute, we strongly encourage you to contact us to seek
a resolution.

Law and Forum for Legal Disputes: This Agreement shall be governed in all
respects by the laws of the State of New York as they apply to agreements
entered into and to be performed entirely within New York between New York
residents, without regard to conflict of law provisions. You agree that any
claim or dispute you may have against Tumblr must be resolved exclusively by
a state or federal court located in New York County, New York, except as
otherwise agreed by the parties. You agree to submit to the personal
jurisdiction of the courts located within New York County, New York for the
purpose of litigating all such claims or disputes.

If you are (a) a United States federal, state, or local government agency or
body, (b) using the Services in your official capacity, and (c) legally
unable to accept the clauses in this Section, then this Section doesn't apply
to you. For such entities, this Agreement and any related action will be
governed by the laws of the United States of America, without regard to
conflict of law provisions, and, in the absence of federal law and to the
extent permitted under federal law, the laws of the State of New York,
excluding choice of law.

## 18. Miscellaneous

This Agreement, as modified from time to time, constitutes the entire
agreement between you and Tumblr with respect to the subject matter hereof.
This Agreement replaces all prior or contemporaneous understandings or
agreements, written or oral, regarding the subject matter hereof and
constitutes the entire and exclusive agreement between the parties. The

```
469    failure of either party to exercise, in any way, any right provided for
470    herein shall not be deemed a waiver of any further rights hereunder. If any
471    provision of this Agreement is found to be unenforceable or invalid, that
472    provision shall be limited or eliminated to the minimum extent necessary so
473    that this Agreement shall otherwise remain enforcable and in full force and
474    effect. This Agreement is not assignable, transferable, or sublicensable by
475    you except with Tumblr's prior written consent. Tumblr may assign this
476    Agreement in whole or in part at any time without your consent. No agency,
477    partnership, joint venture, or employment is created as a result of this
478    Agreement and you do not have any authority of any kind to bind Tumblr in any
479    respect whatsoever. Any notice to Tumblr that is required or permitted by
480    this Agreement shall be in writing and shall be deemed effective upon
481    receipt, when delivered in person by nationally recognized overnight courier
482    or mailed by first class, registered or certified mail, postage prepaid, to
483    Tumblr, Inc., 35 East 21st Street, Ground Floor, New York, NY, 10010, Attn:
484    Legal Department.
485
486  19. Special Provisions for Subscribers Located Outside of the United States
487
488    Tumblr provides global products and services and enables a global community
489    for individuals to share and follow the things they love. Tumblr's servers
490    and operations are, however, located in the United States, and Tumblr's
491    policies and procedures are based on United States law. As such, the
492    following provisions apply specifically to Subscribers located outside of the
493    United States: (1) you consent to the transfer, storage, and processing of
494    your information, including but not limited to Subscriber Content and any
495    personal information, to and in the United States and/or other countries;
496    and (2) if you are using the Services from a country embargoed by the United
497    States, or are on the United States Treasury Department's list of "Specially
498    Designated Nationals," you agree that you will not engage in financial
499    transactions, or conduct any commercial activities using or through the
500    Services (for example, purchasing Premium Themes).
501
502  20. DMCA Copyright Policy
503
504    Tumblr has adopted the following policy toward copyright infringement on the
505    Services in accordance with the Digital Millennium Copyright Act (the
506    "DMCA"). The address of Tumblr's Designated Agent for copyright takedown
507    notices ("Designated Agent") is listed below. You may submit a notice under
508    the DMCA using our copyright form.
509
510    Reporting Instances of Copyright Infringement:
511
512      If you believe that Content residing or accessible on or through the
513      Services infringes a copyright, please send a notice of copyright
514      infringement containing the following information to the Designated Agent
515      at the address below:
516
517        - Identification of the work or material being infringed.
```

518  
519     – Identification of the material that is claimed to be infringing,  
520       including its location, with sufficient detail so that Tumblr is  
521       capable of finding it and verifying its existence.  
522  
523     – Contact information for the notifying party (the "Notifying Party"),  
524       including name, address, telephone number and e-mail address.  
525  
526     – A statement that the Notifying Party has a good faith belief that the  
527       material is not authorized by the copyright owner, its agent or law.  
528  
529     – A statement made under penalty of perjury that the information  
530       provided in the notice is accurate and that the Notifying Party is  
531       authorized to make the complaint on behalf of the copyright owner.  
532  
533     – A physical or electronic signature of a person authorized to act on  
534       behalf of the owner of the copyright that has been allegedly  
535       infringed.  
536  
537    Please also note that the information provided in a notice of copyright  
538    infringement may be forwarded to the Subscriber who posted the allegedly  
539    infringing content. After removing material pursuant to a valid DMCA  
540    notice, Tumblr will immediately notify the Subscriber responsible for the  
541    allegedly infringing material that it has removed or disabled access to the  
542    material. Tumblr will terminate, under appropriate circumstances, the  
543    Accounts of Subscribers who are repeat copyright infringers, and reserves  
544    the right, in its sole discretion, to terminate any Subscriber for actual  
545    or apparent copyright infringement.  
546  
547   Submitting a DMCA Counter-Notification:  
548  
549    If you believe you are the wrongful subject of a DMCA notification, you  
550    may file a counter-notification with Tumblr by providing the following  
551    information to the Designated Agent at the address below:  
552  
553     – The specific URLs of material that Tumblr has removed or to which  
554       Tumblr has disabled access.  
555  
556     – Your name, address, telephone number, and email address.  
557  
558     – A statement that you consent to the jurisdiction of Federal District  
559       Court for the judicial district in which your address is located (or  
560       the federal district courts located in New York County, New York if  
561       your address is outside of the United States), and that you will  
562       accept service of process from the person who provided the original  
563       DMCA notification or an agent of such person.  
564  
565     – The following statement: "I swear, under penalty of perjury, that I  
566       have a good faith belief that the material was removed or disabled as

```
567        a result of a mistake or misidentification of the material to be
568        removed or disabled."
569
570      - Your signature.
571
572      Upon receipt of a valid counter-notification, Tumblr will forward it to
573      Notifying Party who submitted the original DMCA notification. The original
574      Notifying Party (or the copyright holder he or she represents) will then
575      have ten (10) days to notify us that he or she has filed legal action
576      relating to the allegedly infringing material. If Tumblr does not receive
577      any such notification within ten (10) days, we may restore the material to
578      the Services.
579
580    Designated Agent
581
582      Tumblr, Inc.
583      35 East 21st Street, Ground Floor
584      New York, NY 10010
585      Attn: Copyright Agent
586      Fax: +1 (646) 513-4321
587      Email: dmca@tumblr.com
588      Copyright notice form: http://www.tumblr.com/dmca
589
590  21. Open Source Disclosures
591
592    You can find disclosures related to our use of open source software packages
593    at the following locations:
594
595      - http://www.tumblr.com/policy/en/ios_credits
596
597      - http://www.tumblr.com/policy/en/android_credits
598
599      - http://www.tumblr.com/policy/en/web_credits
600
601  Link to Prior Versions
602
603    You will find prior versions of our Terms of Service on GitHub, which will
604    allow you to compare historical versions and see which terms have been
605    updated:
606
607    http://github.com/tumblr/policy/commits/master/terms-of-service.txt
```