# GOV'T EXHIBIT 4




# Domestic Affidavit CT Report 25390444 JSHEHAN 12102020.docx

| | |
|---|---|
| DocVerify ID: | E0F5306C-50F3-436B-9B04-5CF3BB4ACF62 |
| Created: | December 10, 2020 06:17:57 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: VA |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**Signer 1: John Shehan (JFS)**
December 10, 2020 06:29:49 -8:00 [8297A98E2DFD] [108.28.165.101]
JSHEHAN@ncmec.org (Personally Known)

**E-Signature Notary: Henry M Spears (HMS)**
December 10, 2020 06:29:49 -8:00 [1A082149537B] [216.117.86.254]
hspears@ncmec.org
I, Henry M Spears, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



## AFFIDAVIT OF JOHN SHEHAN

COMMONWEALTH OF VIRGINIA )
) SS
CITY OF ALEXANDRIA )

NOW COMES THE AFFIANT, John Shehan, having been duly sworn to law, who deposes and states the following:

1.  I am currently employed as Vice President of the Exploited Children Division ("ECD") at the National Center for Missing & Exploited Children ("NCMEC") and have been employed by NCMEC since February 2000. As Vice President, I am responsible for supervising NCMEC's CyberTipline. I am familiar with the operations of the CyberTipline, including the procedures involving the receipt and processing of reports by NCMEC and the procedures used to generate and maintain reports. The information contained in this declaration is based on my own personal knowledge and information to which I have access in my role as Vice President of ECD for NCMEC.

2.  NCMEC is a private, nonprofit corporation, incorporated under the laws of the District of Columbia. NCMEC's mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization.

**CyberTipline**

3.  NCMEC created the ECD in January 1997. NCMEC began operating the CyberTipline on March 9, 1998, in furtherance of its private mission to serve as the national resource center and clearinghouse concerning online child sexual exploitation. The CyberTipline was created to allow persons to report online (and via toll-free telephone) the enticement of children for sexual acts, child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, misleading words or digital images on the Internet. The majority of CyberTipline reports NCMEC receives relate to apparent child pornography and are from electronic service providers ("ESPs").

4.  ECD staff cannot alter or change information submitted by a reporting party to the CyberTipline. Except for the incident type, date, and time, NCMEC does not direct or mandate the type of information that a member of the public or an ESP may choose to submit in a CyberTipline report. NCMEC provides voluntary reporting fields that a member of the public or an ESP may choose to populate with information.

5.  The front page of each CyberTipline report indicates a date and time (in Coordinated Universal Time or UTC) that the report was created upon submission of the report content by the reporting person or reporting ESP. The front page also lists an Incident Type for the report and the number of total uploaded files, if any, submitted by the reporting ESP.

6.  CyberTipline reports contain 4 sections: Section A, Section B, Section C, and Section D.

1

7.     Section A of a CyberTipline report contains information submitted by the reporting person or reporting ESP. NCMEC cannot revise or edit any information contained in Section A. Other than the "Incident Type" and "Incident Time" fields in Section A, all information provided by the reporting person or reporting ESP in any other fields is voluntary.

8.     Section B of a CyberTipline report contains automated information that NCMEC Systems automatically generate based on information provided by a reporting ESP.

9.     Section C of a CyberTipline report contains additional information compiled and documented by NCMEC based on the information submitted in Section A.

10.    Section D of a CyberTipline report contains information documented by NCMEC relating to the law enforcement agency to which the CyberTipline report was made available.

**Information Relevant to CyberTipline Report #25390444**

11.    NCMEC generates CyberTipline reports, such as CyberTipline report #25390444, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

12.    On or about November 8, 2017, Tumblr, an ESP, submitted a report related to a reported Screen/User Name of "chaz2076" and an e-mail address of "rxxcofield@gmail.com". Upon receipt, NCMEC generated CyberTipline report #25390444.

13.    Tumblr uploaded one (1) file in CyberTipline report #25390444.

14.    Under the heading "Additional Information Submitted by the Reporting ESP" in Section A, Tumblr indicated that "[a] representative of the company has reviewed the images in this report."

15.    As noted in Section D, NCMEC made CyberTipline report #25390444 available to the San Jose Police Department in San Jose, CA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

_John Shehan_
Signed on 2020/12/10 06:29:49 -8:00

JOHN SHEHAN
Vice President, Exploited Children Division
The National Center for Missing and Exploited Children
333 John Carlyle Street
Alexandria, VA  22314

12/10/2020

DATE



                                                                12/10/2020

NOTARIZED                                               DATE

City of Alexandria

Commonwealth of Virginia

The foregoing instrument was subscribed and sworn before me this _10th_ day of December, 2020 by John Shehan.

Notary Public:     VA Notary Signature 

My Commission Stamp

**Henry M Spears**
**Registration # 7514739**
Electronic Notary Public
Commonwealth of Virginia
My commission expires the 30 day of Jun 2024

Notary Stamp 2020/12/10 07:29:49 PST              1A082149537B

3