1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   ANKUR SHINGAL (CABN 303434)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7108
7       FAX: (415) 436-7234
        Ankur.Shingal@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13   UNITED STATES OF AMERICA,              )   CASE NO. CR 19-100 VC
                                            )
14              Plaintiff,                  )   DECLARATION OF SAN FRANCISCO POLICE
                                            )   DEPARTMENT SERGEANT ALICIA
15       v.                                 )   WORTHINGTON
                                            )
16   RAMON COFIELD,                         )
                                            )
17              Defendant.                  )
     ───────────────────────────────       )
18

19          I, Alicia Worthington (née Castillo), declare and state as follows:

20          1.      I am currently employed as a police officer with the San Francisco Police Department

21   ("SFPD"), a position that I have held since 2002.  I was promoted to Inspector in October of 2010 and

22   Sergeant in March of 2012.  From 2010, I worked within several investigative units at SFPD district

23   stations including the Mission, Tenderloin, and Park stations until November of 2017.  Throughout my

24   entire career, I have investigated and /or have been involved in the investigations of hundreds of cases

25   that fall within the spectrum of incident types investigated by the Special Victims Unit (i.e. Domestic

26   Violence, Child Abuse, Sexual Assault, Missing Persons, ICAC, Sex Offender (compliance), Stalking,

27   Human Trafficking, Financial Crimes, etc.)

28          2.      Effective November 4, 2017, I was transferred to the Internet Crimes Against Children

DECLARATION OF ALICIA WORTHINGTON          1
CR 19-100 VC

("ICAC") Unit within the Special Victims Unit ("SVU").  My primary responsibilities included investigations into allegations of child physical and sexual abuse transmitted over the internet, through cellular networks, and through various applications (i.e. chatting and social media apps).  In addition to formal training at the San Francisco Police Academy, I have completed the following training, relevant to Special Victims Unit investigations:

      a.  Robert Presley Institute of Criminal Investigation (ICI) Course (POST)

      b.  Child Abuse – ICI Course (POST)

      c.  Freenet Network Investigations (USDOJ)

      d.  ADF Digital Evidence Investigator Training

      e.  Search Warrant and Arrest Course (POST)

      f.  Reid Technique of Interviewing and Interrogation (DEA)

      g.  Online Protections for Children and Families When Social Distancing (NCJTC)

      h.  Child Sex Trafficking From Suspicion to Disclosure (NCJTC)

3.      On November 30, 2017—a few weeks after I was assigned to ICAC—I was assigned SFPD Case # 170-965-489, CyberTip #25390444.  The CyberTip reflected that Tumblr had reported an image to the National Center for Missing and Exploited Children (NCMEC).

4.      It should be noted that I did not direct Tumblr to search for this image, nor was I aware of the image prior to receiving the NCMEC CyberTip.  Stated differently, I had no involvement with Tumblr or NCMEC's investigation until I received the CyberTip.  To the best of my knowledge, no SFPD officer instructed Tumblr to search for the specific image that led to the CyberTip in this case.

5.      Upon receiving the NCMEC CyberTip, I reviewed it and noted the following facts, among others:

      a.  The Tip had been created on November 8, 2017 and the "Incident Type" was listed as "Child Pornography (possession, manufacture, and distribution)";

      b.  The CyberTip included the Tumblr user's email address (rxxcofield@gmail.com), screen/user name (chaz2076), and IP address (162.238.124.187);

      c.  The suspect's last login appeared to be on March 31, 2014; and

      d.  Tumblr had terminated the blog so that it could no longer be accessed.

6.      Because I was not familiar with Tumblr prior to receiving the CyberTip, I then researched Tumblr, and learned that it was a microblogging website that allowed users to post multimedia and other content on to their blogs.  I learned that users could follow each other's blogs, and that bloggers could make their blogs private.

7.      The CyberTip did not provide information regarding the identity of the user. Thus, my top priority was identifying who may have posted the child pornography image to this Tumblr account. I began investigating by using the information available to me from the CyberTip.

8.      Because the CyberTip included the user's Gmail address and Tumblr username, I drafted and submitted search warrants to search both the Google and Tumblr accounts for various information, including account information, subscriber names, user names, images, links, and videos.  I submitted the search warrants on December 11, 2017—less than two weeks after I initially received the CyberTip.

9.      When I submitted my affidavits for the Google and Tumblr search warrants, the information I had learned in my investigation thus far was largely limited to the information contained in the CyberTip and what I learned when I researched Tumblr.  After including my background and general information about Tumblr, I wrote:

> Tumblr reported the following:
>
> On 11/08/17 at 21:12:00 UTC a Tumblr with the user name **chaz2076** with the IP Address of **162.238.124.187** utilizing the email of rxxcofieldgmail.com uploaded the filename:     **78180748604.jpg**     to   their   Tumblr   blog   address   of **chaz2076.tumblr.com** in early part of 2014, beginning in February.

In this paragraph, I intended to summarize the key information gleaned from the CyberTip that was created on November 8, 2017.  Specifically, I intended to convey that a Tumblr user with the username chaz2076 used an email address as a means to establish the account, either by login or username, namely rxxcofield@gmail.com.  In my experience, a person's email address could be a useful avenue in leading to the identity of the individual using the social media account.  I later learned that both the Tumblr username and Gmail account were Ramon Cofield's.  I did not intend to indicate that the user had used the Gmail account to actually upload the image in that instance.

I also intended to convey that the user had uploaded the specific image (78180748604.jpg) in the early part of 2014, beginning in February.  This referenced the fact that the CyberTip included several

pages of posts from February to March 2014, including this specific image. I also described the image in my affidavit, to demonstrate why I believed it constituted a violation of California Penal Code § 311.11(a), possession of child pornography.

10.     After describing the image, I then wrote the following:

> I conducted an online search for **chaz2076.tumblr.com** and discovered several archived images of nude underage teenage males exposing their genitals that appeared to have been uploaded to Tumblr by **chaz2076** to another Tumblr user's blog in 2014.

This paragraph reflects the results of my online search near the time that I submitted the affidavits (i.e., late 2017), which indicated that there were several explicit images of underage individuals that appeared to have been cached on the internet, thus available and publically accessible and associated with Ramon Cofield's Tumblr username.

     This paragraph also reflects my assumption at the time that, like other social media platforms with which I was more familiar, a Tumblr user could upload images to another Tumblr user's blog. I believed this because I was unfamiliar with Tumblr prior to receiving the CyberTip in this case and because the image said "via chaz2076," which to me indicated that "chaz2076" had posted the image to the other user's blog him or herself. I've attached a sanitized example to the end of my declaration for the Court's review. I used the language "appeared to have been" due to my uncertainty on how exactly the technology functioned. I now understand that a Tumblr user cannot upload or post an image on to another user's blog. Instead, what I now understand is that a Tumblr user can repost an image that was previously on another Tumblr user's blog. To use the sanitized example at the end of my declaration for reference, this would mean that Tumblr user "petizoreil" (noted at the bottom of the page) reposted the image from chaz2076's account. The basic concept that I intended to convey remained the same—the images I described in my affidavit were associated with the Tumblr account associated with Ramon Cofield at some point in time. I believe this was significant for the probable cause analysis because it demonstrated multiple pornographic images of underage individuals were associated with Cofield's Tumblr account.

11.     With respect to the Google warrant, I was familiar with Google and its products when I sought the search warrant. Based on my knowledge of Google's products, I sought a search warrant for

1  the specific Google products that I believed could be used to store photographs or indications of who

2  used the Google account.

3        12.    I included all of the information in the Google and Tumblr search warrants that I believed

4  in good faith to be relevant to the Magistrate Judge's probable cause determination.  I did not

5  intentionally avoid including any facts.

6        13.    I received the Google search warrant returns first, on December 18, 2017.  The returns

7  revealed, among other information, a phone number associated with the Gmail account ("subject phone

8  number"), numerous photographs of underage male and females exposing their genitalia (some of the

9  boys had erect penises), and several photographs in subfolders titled "Saturday" and "Profile Photos" of

10  an unknown male I believed could be the subscriber to the Gmail account (later determined to be

11  Cofield).  The returns also included chats from Google Hangouts, Google's communication platform,

12  which included a chat conversation between Cofield and a self-identified 14-year-old individual

13  engaging in sexually explicit conversation.  I then conducted a records check for the subject phone

14  number and found that it was associated with a Facebook page

15  https://www.facebook.com/ramon.cofield.  Photos on this Facebook page further matched the Google

16  photographs in the above mentioned subfolders.  At this point, I felt relatively certain that a Ramon

17  Cofield was the person operating the Tumblr blog with the username "chaz2076" and that he possessed

18  child pornography.

19        14.    Another SFPD officer then conducted a criminal background check for Ramon Cofield,

20  and found that he was (and still is) a convicted sex offender based on a prior conviction in the Northern

21  District of California for possession of child pornography.  At this point, I positively identified Cofield

22  through a comparison of the photos of him contained in his Google and Facebook accounts against one

23  of his SF mugshots.

24        15.    On December 21, 2017, ten days after receiving Google returns, I sought and obtained a

25  search warrant for AT&T Wireless that requested "[a]ll account information, email addresses,

26  passwords, subscriber information, and methods of payment associated with" the subject phone number.

27        16.    The next day (December 22, 2017), AT&T provided the requested subscriber information

28  including an account number, which indicated that the account holder's name was Ramon Cofield, that

his address was located between Ninth and Mission Streets in San Francisco, and that his account status was active. I confirmed the provided address was also the one listed as Cofield's address in the state sex offender registry.

17.     I received the Tumblr search warrant returns more than three (3) months later, on February 28, 2018. I reviewed the results and discovered over 1,000 images of child pornography. Some of the images reflected underage teens, both males and females, engaged in sex acts with adults and each other.

18.     After I received the returns from the Google, Tumblr, and AT&T warrants, I included all the relevant information I received in my affidavit seeking a search warrant for Cofield's residence. A state magistrate judge issued a search warrant for Cofield's residence on May 1, 2018. The warrant allowed SFPD to search Cofield's person and residence for a number of items that might relate to storing child pornography, including "[a]ny cloud storage applications found on any media device."

19.     On May 3, 2018, I and other SFPD officers executed the search on Cofield's residence. Cofield was home and detained without incident. During the search of Cofield's residence, SFPD seized:

      a.   a laptop computer;

      b.   six cellular phones;

      c.   two DVDs;

      d.   a piece of paper listing a Tumblr account, the email address rxxcofield@gmail.com, and what appeared to be passwords; and

      e.   letters addressed to Cofield as indicia of his occupancy.

Subsequent searches of the devices found in his residence revealed hundreds of images of child pornography.

20.     After executing the residential search warrant, Cofield was detained and transported to the Special Victims Unit at 850 Bryant Street, Room 500. After I gave him his *Miranda* warnings, I and another SFPD officer interviewed him. During this interview, Cofield admitted to a number of these summarized facts:

      a.   Cofield confirmed one of his cell phone numbers to be the subject phone number;

b.  Cofield admitted to liking younger males;

c.  Cofield stated "Chaz" was a nickname he obtained while attending Georgetown University;

d.  Cofield confirmed one of his email's to be rxxcofield@gmail.com;

e.  Cofield admitted to using Tumblr;

f.  Cofield admitted to possessing photos of underage children he pulled off of Tumblr (between the ages of 13-17 years old); and

g.  Cofield admitted that he has a lot of pictures that he has saved off Tumblr.

21.     If I was not able to proceed in my investigation as outlined above, I would have continued to exhaust every avenue available to me to identify the person using the Tumblr account (chaz2076) where the child pornography image was found.  For example, from the CyberTip, I had access to the IP address and the Gmail address (rxxcofield@gmail.com), either of which I believe could have led me to identify Ramon Cofield.  In my experience, email addresses are frequently associated with a phone number or other identifying personal information, such as a person's name or even their address.  Therefore, even if my search warrant to Google was limited to seeking only Google user identity information, the Google returns would likely have included the subject phone number.  As I did in this case, I would have then conducted an Accurint search, identified AT&T as the provider, and sought the search warrant to AT&T for subscriber information.  That, in turn, would have revealed Cofield's name and address.

22.     Alternatively, the CyberTip provided the IP address associated with the Tumblr account and listed AT&T as the service provider.  Thus, even if I did not obtain the Google and Tumblr search warrants, I would have sought a search warrant for AT&T to determine any identifying information, such as name, phone number, and address, associated with the relevant IP address.  Once AT&T responded with the above-described subscriber information, that would have led me down the same investigative path and I would have eventually determined Cofield's identity and sought the residential search warrant as I did in this case.

23.     Furthermore, regardless of the returns of the Google search warrant, once the Tumblr returns came back and indicated that Cofield had over 1,000 child pornography images associated with

1   his account, I would have sought the residential search warrant based on those facts, alone, as soon as I

2   identified the person associated with the Tumblr username chaz2076.

7          I declare under penalty of perjury that the foregoing is true and correct to the best of my

8   knowledge.

9          Executed this 23rd day of December 2020 in Marin County, California

11         */s/ Alicia Worthington* (electronically signed by AUSA with permission from Sgt. Worthington)
           ALICIA WORTHINGTON, #1999

12         Officer, San Francisco Police Department

**Example Post**

