UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAMON COFIELD,<br><br>        Defendant. | Case No. 19-cr-00100-VC-1<br><br>**ORDER RE MOTION TO SUPPRESS HEARING** |

    A Franks hearing is warranted on the question whether Sgt. Worthington recklessly or intentionally created the impression that there was evidence of Cofield's interest in child pornography from beyond 2014. Tomorrow's hearing is converted to a scheduling conference.

    **IT IS SO ORDERED.**

Dated: January 25, 2021

_____
VINCE CHHABRIA
United States District Judge