STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00100 VC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| RAMON COFIELD, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment (Dkt. 1) against RAMON COFIELD without prejudice.

DATED: March 17, 2021

    Respectfully submitted,

    STEPHANIE M. HINDS
    Acting United States Attorney

    *Thomas A. Colthurst*
    _____
    THOMAS A. COLTHURST
    Deputy Chief, Criminal Division

Leave is granted to the government to dismiss the Indictment (Dkt. 1) against RAMON COFIELD without prejudice.  The hearing currently scheduled for March 23, 2021, is vacated.

Date: _____

HON. VINCE CHHABRIA
United States District Judge